# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REBECCA STONEBRAKER, ) | **Case No.: 1:11-cv-00057-GMS** |
| ) | |
| Plaintiff, ) | |
| v. ) | **(Unlawful Debt Collection Practices)** |
| ) | |
| BYRON & DAVIS, C.C.C.C., INC, ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been

DISMISSED with prejudice.


 /s/ W. Christopher Componovo
W. Christopher Componovo, Esquire
Attorney ID: 3234
Kimmel & Silverman, PC
501 Silverside Road, Suite 118
Wilmington, DE 19809

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April 2011, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by e-mail to:

John X. Denney, Esq.
Mattleman, Weinroth & Miller
200 Continental Dr., Ste. 215
Newark, DE 19713
jdenney@mwm-law.com

/s/ W. Christopher Componovo
W. Christopher Componovo, Esquire
Attorney ID: 3234
Kimmel & Silverman, PC
501 Silverside Road, Suite 118
Wilmington, DE 19809